Timothy B. Del Castillo (SBN: 277296)
tdc@castleemploymentlaw.com
Kent L. Bradbury (SBN: 279402)
kb@castleemploymentlaw.com
**CASTLE LAW: CALIFORNIA EMPLOYMENT COUNSEL**
2999 Douglas Blvd., Suite 180
Roseville, CA 95661
Telephone: (916) 245-0122

Attorneys for Plaintiff Irene Ramos

HEATHER D. HEARNE, SBN 254496
**THE KULLMAN FIRM, PLC**
4605 Bluebonnet Blvd., Ste. A
Baton Rouge, LA 70817
Telephone: 225-906-4243
Facsimile:  225-906-4230
hdh@kullmanlaw.com

Attorney for Defendant Gainwell Technologies, LLC

WILDER A. CLEMENTS, SBN 266349
**CLEMENTS EMPLOYMENT LAW, P.C.**
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Telephone: (707) 238-2011
wilder@clementsemploymentlaw.com

Attorney for Defendant TDB Communications, Inc.

# UNITED STATE DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE RAMOS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>GAINWELL TECHNOLOGIES, LLC, TDB COMMUNICATIONS, INC., and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-02408-MCE-AC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND ORDER OF DISMISSAL**<br>**[FRCP 41(A)]** |

1  Plaintiff and Defendants (collectively the "Parties") have reached a settlement in the above-referenced case.

THEREFORE, the Parties, by and through their attorneys of record, hereby stipulate this action shall be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its/her own attorney's fees and costs.  **IT IS SO STIPULATED.**

Dated: August     2023                    CASTLE LAW: CALIFORNIA EMPLOYMENT
                                                           COUNSEL, PC


                                                           By: _____
                                                                   Timothy B. Del Castillo
                                                                   Kent L. Bradbury
                                                                   Attorneys for Plaintiff
                                                                   IRENE RAMOS


                                                           THE KULLMAN FIRM, PLC
Dated: August     2023


                                                           By: _____
                                                                   Heather Hearne
                                                                   Attorney for Defendant
                                                                   GAINWELL TECHNOLOGIES LLC


                                                           CLEMENTS EMPLOYMENT LAW, P.C.
Dated: August     2023


                                                           By: _____
                                                                   Wilder A. Clements
                                                                   Attorney for Defendant
                                                                   TDB COMMUNICATIONS INC.

**ORDER OF DISMISSAL**

Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby ORDERED that this Action be, and hereby is, Dimessed with Prejudice as to all parties claims, causes of action, and other parties, with each party bearing its/her own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: August 4, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE